WILLIAM MURRAIN, as Administrator of the Estate of MARTHA MURRAIN, Deceased, et al., Appellants, *v.* WILSON LINE, INC., et al., Respondents.

Argued January 6, 1947; decided February 20, 1947.

*Jerome Golenbock, Irving Komoroff* and *Herman L. Feldman* for appellants.

*Walter L. Glenney* for Wilson Line, Inc., respondent.

*Charles E. Murphy, Corporation Counsel (W. Bernard Richland, Seymour B. Quel* and *Pauline K. Berger* of counsel), for City of New York, respondent.

Judgment affirmed, with costs; no opinion. [See 296 N. Y. 995.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.